IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

CASE NO. _____

LPR CONSTRUCTION, LLC,

    Plaintiff,

vs.

WYLIE STEEL FABRICATORS, INC.

    Defendant.

_____

**COMPLAINT**
_____

LPR Construction, LLC ("LPR"), through counsel, sues Wylie Steel Fabricators, Inc. ("Wylie") for damages and states:

**JURISDICTION**

1. This is an action for damages in the principal amount of $457,184, not including pre-judgment interest or costs, between citizens of different states and is, therefore, pursuant to 28 USC §1332, within the jurisdiction of this Court.

2. LPR is a limited liability company, organized and existing under the laws of the State of Colorado, with its principal place of

business in Colorado. The members of LPR are Longbow Industries, LLC, Josh Olsen, Keith McClure, Zach Kimball and Jake Acosta.

3. Josh Olsen, Keith McClure, Zach Kimball and Jake Acosta are each citizens of the State of Colorado.

4. Longbow Industries, LLC is a limited liability company, organized and existing under the laws of the State of Colorado, with its principal place of business in Colorado. Its members are Turner Family Holdings, LLC, Grouse Holdings, LLC, John Turner, Suzanne Deremo, Nick Miller, Peter Radice, Jamie Neitch, Thad Lutgens, Justin Mitchell, Linc-S Corp., Casey Price, Crystal Kavallieros, Jeff Pigue, Dana Hohn, Billy Weber and Ryan Duncan.

5. John Turner, Suzanne Deremo, Nick Miller, Peter Radice, Jamie Neitch, Thad Lutgens, Justin Mitchell, Casey Price, Crystal Kavallieros, Dana Hohn, Billy Weber and Ryan Duncan are each citizens of the State of Colorado. Jeff Pigue is a citizen of the State of Oklahoma.

6. Turner Family Holdings, LLC is a limited liability company organized and existing under the laws of the State of Colorado, with its principal place of business in Colorado. The members of Turner

Siegfried Rivera
201 Alhambra Circle, Eleventh Floor, Coral Gables, Florida 33134-5108 • 305-442-3334 • Fax 305-443-3292

Family Holdings, LLC are Lincoln Turner and Natalie Turner, both of whom are citizens of the State of Colorado.

7. Grouse Holdings, LLC is a limited liability company organized and existing under the laws of the State of Colorado, with its principal place of business in Colorado. The members of Grouse Holdings, LLC are Samuel Turner and Danielle Turner, both of whom are citizens of the State of Colorado.

8. Wylie is a corporation organized and existing under the laws of the State of Tennessee.

## COUNT I – BREACH OF CONTRACT

LPR realleges and reasserts paragraphs 1 through 8 as if fully set forth.

9. On a date unknown to LPR, Layton Construction Company, LLC ("Layton") entered into a prime contract with Fort Walton Beach Medical Center, Inc. dba Fort Walton Medical Center ("Owner") for Layton to construct the ICU/Medical Surgical Addition at the Fort Walton Beach Medical Center ("Project").

10. On or about September 30, 2013, Layton and Wylie entered into a Master Subcontract Agreement, which contemplated

Siegfried Rivera
201 Alhambra Circle, Eleventh Floor, Coral Gables, Florida 33134-5108 • 305-442-3334 • Fax 305-443-3292

that Layton would, from time to time, subcontract structural steel fabrication and erection work to Wylie. LPR does not have a copy of that Master Subcontract Agreement, but, upon information and belief, Wylie does.

11. On or about January 22, 2021, Layton subcontracted to Wylie the structural steel fabrication and erection scope of work on the Project. A copy of the Work Authorization Notice between Layton and Wylie is attached to this Complaint as Exhibit 1.

12. On or about April 26, 2021, Wylie entered into a written Subcontract Agreement with LPR, by which Wylie subcontracted to LPR, Wylie's structural steel erection scope of work on the Project. The Subcontract Agreement includes Wylie Exhibit A: Exceptions to the Subcontract Terms and Conditions. A copy of the Subcontract Agreement and Exceptions, upon which this action is based, are attached to this Complaint as Exhibit 2.[1]

---

[1] The Subcontract Agreement provides, at Section 21, as modified in the Exceptions, that Wylie will have the right to insist on arbitration as the means of resolving disputes such as this. LPR has repeatedly requested that Wylie decide whether this dispute is to be arbitrated or litigated, but Wylie has failed to respond. Accordingly, LPR considers Wylie to have waived any right to arbitration and has, in reliance upon that waiver, instituted this action.

- 4 -

Siegfried Rivera
201 Alhambra Circle, Eleventh Floor, Coral Gables, Florida 33134-5108 • 305-442-3334 • Fax 305-443-3292

13. LPR has substantially and satisfactorily performed its work under the Subcontract Agreement.

14. At Wylie's direction, LPR performed extra, additional work under the Subcontract Agreement, for which LPR is entitled to be paid.

15. The total value of work performed by LPR is $1,070,731.

16. Wylie has accepted LPR's work, but has only paid LPR $595,547, leaving a balance due and owing to LPR of $475,184, that is due since August 31, 2021, which Wylie, despite demand, has failed to pay LPR.

**WHEREFORE**, LPR demands judgment against Wylie for $457,184, interest, court costs and such other relief as the Court deems appropriate.

## COUNT II – DECLARATORY ACTION

LPR realleges and reasserts paragraphs 1 through 16 as if fully set forth.

17. This Court has ancillary jurisdiction to declare the parties' rights and obligations under the Purported Waiver, insofar as the need for declaration arises from the same transaction which is the

Siegfried Rivera
201 Alhambra Circle, Eleventh Floor, Coral Gables, Florida 33134-5108 • 305-442-3334 • Fax 305-443-3292

basis of Count I, can be determined without substantial new fact-finding proceedings and must be settled to protect the integrity of main proceeding (Count I).

18. On or about May 26, 2022, at a time when Wylie was indebted to LPR for the amounts due set forth in Count I, Wylie wrote to LPR asking for "an unconditional waiver" to facilitate Wylie receiving payment from Layton. A copy of the email requesting the waiver is attached to this Complaint as Exhibit 3.

19. At the time Wylie requested the waiver of LPR, Wylie was indebted to LPR and acknowledged owing base contract and change order work to LPR.

20. In furtherance of its request, Wylie provided LPR with a form document entitled "Unconditional Partial Waiver and Release (Upon Progress Payment)" ("Purported Waiver"). A copy of the document is attached to this Complaint as Exhibit 4.

21. At Wylie's request, but without any consideration, LPR provided Wylie with the Purported Waiver, which recited that it was given "in consideration of the payment of the sum of $0.00 and other good and valuable consideration paid by Wylie…". No progress

- 6 -

Siegfried Rivera
201 Alhambra Circle, Eleventh Floor, Coral Gables, Florida 33134-5108 • 305-442-3334 • Fax 305-443-3292

payment was made by Wylie to LPR in consideration of the Purported Waiver.

22. Wylie, either expressly or impliedly led LPR to believe that LPR would not be waiving or releasing any of the amounts due it from Wylie by acquiescing to Wylie's request. Indeed, Wylie advised LPR that the Purported Waiver was necessary for Wylie to receive payment from Layton and that, upon receipt of payment from Layton, Wylie would pay LPR.

23. Despite this, Wylie has failed to pay LPR the amounts due for work LPR performed.

24. LPR is in doubt of its rights under the Subcontract Agreement as impacted, vel non, by the Purported Waiver.

25. LPR asserts that the Purported Waiver, unsupported by consideration and given in reliance upon an unfulfilled promise of payment is void, unenforceable and ineffective to waive the claim asserted in Count I.

**WHEREFORE**, LPR requests that this Court take jurisdiction of this action and the parties, declare that the Purported Waiver is ineffective, void and unenforceable such that it will not defeat LPR's

- 7 -

Siegfried Rivera
201 Alhambra Circle, Eleventh Floor, Coral Gables, Florida 33134-5108 • 305-442-3334 • Fax 305-443-3292

right to recover contract damages under Count I and for such other relief as the Court deems appropriate.

Dated this 11th day of July, 2023.

                              Respectfully submitted,

                              SIEGFRIED RIVERA
                              Attorneys for LPR
                              201 Alhambra Circle
                              Eleventh Floor
                              Coral Gables, Florida 33134-5108
                              Phone: (305) 442-3334
                              Fax: (305) 443-3292
                              Email:  ssobel@siegfriedrivera.com

                              By:/s/ Stuart Sobel
                                  Stuart Sobel, Esq.
                                  Florida Bar Number:  262382

- 8 -

**Siegfried Rivera**
**201 Alhambra Circle, Eleventh Floor, Coral Gables, Florida 33134-5108 • 305-442-3334 • Fax 305-443-3292**